

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2021

No. 04-20-00610-CV

**GILTNER LOGISTICS SERVICES INC.,**
Appellant

v.

Jesus **RODRIGUEZ,** Jr, Individually and on behalf of the Estate of Jesus Rodriguez III,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2018CVA001731D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

On April 19, 2021, we granted the parties' joint motion to abate this appeal while they finalize a settlement agreement. We ordered the parties to file either a status update or a motion to dismiss by May 19, 2021. On May 18, 2021, the parties filed a status update reporting that they expected to complete their settlement agreement "within the next 60 days." We therefore **ORDER** the abatement to continue until **July 19, 2021**, at which time the case will be returned to the court's active docket.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court